**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYHEEM Y. KEESH,
    Plaintiff,

v.

QUANDERA QUICK, et al.,
    Defendants.

REQUEST FOR ENTRY
OF DEFAULT

Civil Action No. 19-CV-8942 (KMK)

To: Clerk of the Court for the Southern District of New York

You will please enter the default of defendants Quandera Quick, J.P. Franco, Salvatore P. Gregory, David O. Rodriguez, Brian Bodge, Steven A. Coughlin, Richard M. Williams, Michael Barnes, Michael Capra, Mark Royce, Shelley Mallozzi and Rebecca A. Loren for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached affirmation of Tyheem Y. Keesh.

Dated: February 19, 2020

    Tyheem Y. Keesh
    Tyheem Y. Keesh, Pro Se
    DIN 90-B-0548
    Sing Sing Corr. Facility
    354 Hunter Street
    Ossining, N.Y. 10562

CC: Attorney General, State of New York
Attention: Neil Shevlin

Plaintiff request is denied. Defendants were granted an extension. (See Dkt No. 30)

SO ORDERED
KENNETH M. KARAS U.S.D.J. 3/5/20