LETITIA JAMES
ATTORNEY GENERAL

> Application granted. Defendants shall serve and file their motion for summary judgment by 1/31/2022; plaintiff's opposition thereto shall be served and filed by 2/28/2022; and defendants' reply shall be served and filed by 3/14/2022. The Clerk of Court is respectfully requested to mail a copy of this Order to plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 19, 2022

January 19, 2022

The Honorable Phillip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Keesh v. Franco and Bodge*, 7:19-cv-08942 (PMH)

Dear Hon. J. Halpern,

    The Office of the New York State Attorney General represents Defendants Lt. Brian Bodge and C.O. Jonathan Franco in this is a 42 U.S.C. § 1983 action brought by pro se plaintiff Tyheem Keesh, an incarcerated individual. Defendants request additional time to January 31, 2022 to file a motion for summary judgment to accommodate the unavailability one the declarants who is on bereavement leave and conflicts with my own schedule the following week.

Respectfully submitted,

*J. Powers*

Janice Powers, Esq.
Assistant Attorney General

cc: Tyheem Keesh (90-B-0548) Sing Sing Corr. Fac. 354 Hunter Ave Ossining NY 10562