

STATE OF NEW YORK

LETITIA JAMES
ATTORNEY GENERAL

> Application granted. The pretrial conference is rescheduled to 7/26/2022 at 2:30 p.m. to be held by telephone using the same dial-in instructions. Defense counsel is reminded that it is their responsibility to ensure Plaintiff's appearance on that date. The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         June 28, 2022

**By ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

       Re: *Keesh v. Quick et al.,* 19-cv-08942 (PMH)

Dear Judge Halpern:

       I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York, and I have recently taken over the defense of this matter. In its June 15, 2022 Opinion and Order, *see* Docket No. 106, the Court scheduled a pretrial conference in this case for July 18, 2022. Because I will be out of the office that week, I respectfully request an adjournment of the conference to a date convenient for the Court. This is the first request to adjourn the pretrial conference.

                              Respectfully submitted,

                              Kathryn Martin
                              Assistant Attorney General
                              914-422-8615
                              kathryn.martin@ag.ny.gov

cc:     Tyheem Y. Keesh
        DIN No. 90B0548
        Sing Sing Correctional Facility
        354 Hunter Street
        Ossining, NY 10562