UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYHEEM Y. KEESH,

               Plaintiff,

v.

QUANDERA QUICK, et al.,

               Defendants.
-----------------------------------------------------------X

**ORDER**

19-CV-08942 (PMH)

PHILIP M. HALPERN, United States District Judge:

        Due to a scheduling conflict, the pretrial conference presently scheduled for July 26, 2022 at 2:30 p.m. is adjourned to **August 4, 2022 at 9:30 a.m.** to be held by telephone. At the time of the conference, all parties shall call: (888) 398-2342; access code: 3456831.

        Defense counsel is reminded that it is their responsibility to ensure Plaintiff's appearance on that date.

        The Clerk of the Court is respectfully requested to mail a copy of this order to Plaintiff.

                                              SO ORDERED:

Dated:  White Plains, New York
          July 22, 2022

                                        _____
                                        PHILIP M. HALPERN
                                        United States District Judge