UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYHEEM Y. KEESH,

              Plaintiff,

v.

QUANDERA QUICK, et al.,

              Defendants.
-----------------------------------------------------------X

**ORDER**

19-CV-08942 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Due to a scheduling conflict, the pretrial conference presently scheduled for August 4, 2022 is adjourned to **August 11, 2022 at 2:00 p.m.** to be held by telephone. At the time of the conference, all parties shall call: (888) 398-2342; access code: 3456831.

      Defense counsel is reminded that it is their responsibility to ensure Plaintiff's appearance on that date.

      The Clerk of the Court is respectfully requested to mail a copy of this order to Plaintiff.

SO ORDERED:

Dated:   White Plains, New York
          August 2, 2022

_____
PHILIP M. HALPERN
United States District Judge