UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
TYHEEM Y. KEESH,

               Plaintiff,

v.

QUANDERA QUICK, et al.,

               Defendants.
---------------------------------------------------------X

**ORDER**

19-CV-08942 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff pro se and defense counsel appeared today for a pretrial telephone conference.

    The parties are directed to submit the required filings under Rules 6A and 6B of the Court's Individual Practices (annexed hereto) by November 14, 2022. The Court directed defense counsel to first prepare the documents and then send them to plaintiff for his review and input, to be promptly returned to defense counsel for her review and submission to the Court so that on November 14, 2022, the Court receives all required pretrial filings as joint submissions.

    The Court noted to plaintiff that, should he intend to move the Court to request pro bono counsel, such motion should be filed forthwith.

    The Court will separately docket an Order of Reference to Magistrate Judge Krause.

    The Clerk of the Court is respectfully requested to mail a copy of this order to plaintiff.

**SO ORDERED:**

Dated: White Plains, New York
         August 11, 2022

_____
PHILIP M. HALPERN
United States District Judge