UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYHEEM Y. KEESH,

                Plaintiff,

                                                              **ORDER**

v.

                                                               19-CV-08942 (PMH)

JONATHAN P. FRANCO,

                Defendant.
-----------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

        On November 21, 2022, *pro bono* counsel appeared in this action on behalf of Plaintiff who had previously been proceeding *pro se* herein. (Docs. 125-127). To give Plaintiff's counsel an opportunity to review and comment on previously filed pre-trial materials, the parties are directed to meet and confer regarding: (i) an Amended Proposed Joint Pretrial Order in compliance with Rule 6(A) of the Court's Individual Practices, and (ii) revised materials required by Rule 6(B) of this Court's Individual Practices. The parties shall file, if they be so advised, revised materials required by Rules 6(A) and 6(B) of the Court's Individual Practices by February 24, 2023.

        A pre-trial conference is scheduled for April 5, 2023 at 3:00 p.m. in Courtroom 520 of the White Plains Courthouse.

        The parties are also notified that this case is now set for trial on July 10, 2023. This case must therefore be trial-ready for July 10, 2023. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

        The parties are directed to immediately notify the Court if they have reached a settlement.

SO ORDERED:

Dated: White Plains, New York
December 23, 2022

_____
PHILIP M. HALPERN
United States District Judge