

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

**By ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Application granted. The time to file revised Rule 6(A) and 6(B) material is extended to 3/3/2023. The pre-trial conference scheduled for 4/5/2023 is adjourned to 4/26/2023 at 11:00 a.m.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 4, 2023

Re: *Keesh v. Quick et al.,* 19-cv-08942 (PMH)

Dear Judge Halpern:

     I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York, and I write regarding the Court's December 23, 2022 Order setting forth upcoming deadlines, including revised pre-trial submissions by February 24, 2023 and a pre-trial conference on April 5, 2023. Unfortunately, I will be out of the office February 20-24, 2023 and April 3-7, 2023, and respectfully request these dates be rescheduled to a date convenient for the Court. I have consulted with Plaintiff's counsel, and they have no objection; however, they have advised they are unavailable the weeks of February 13, 2023 and March 13, 2023. In addition, I am unavailable the afternoon of April 12, 2023 due to a pre-trial conference before Judge Briccetti. This is the first request for these dates to be rescheduled.

Respectfully submitted,

Kathryn Martin
Assistant Attorney General
914-422-8615
kathryn.martin@ag.ny.gov

cc: Counsel of record