UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYHEEM Y. KEESH,

                Plaintiff,

**ORDER**

v.

19-CV-08942 (PMH)

JONATHAN P. FRANCO,

                Defendant.
-----------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

      Due to a conflict on the Clerk's Office Jury Trial Calendar on July 10, 2023 that results in the number of requested jurors exceeding the maximum capacity of the jury assembly room, jury selection and trial in this matter is being adjourned one day to July 11, 2023.

      All parties and counsel shall therefore appear on July 11, 2023 at 9:00 a.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601.

      The final pre-trial conference will proceed as scheduled on June 29, 2023 at 10:30 a.m.

                **SO ORDERED:**

Dated: White Plains, New York
         June 22, 2023

_____
PHILIP M. HALPERN
United States District Judge