UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYHEEM Y. KEESH,

                    Plaintiff,

v.

JONATHAN P. FRANCO,

                    Defendant.
-----------------------------------------------------------X

**ORDER**

19-CV-08942 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared for an in-person pretrial conference on June 29, 2023. As discussed on the record, jury selection and trial in this matter is being adjourned to December 4, 2023. This matter is also slated as a backup to the Court's presently scheduled jury trials between August and October and, as such, are hereby on five days' notice of trial should a trial date in advance of December 4th become available. The Court will endeavor to notify the parties promptly of such an earlier trial date.

      All parties and counsel shall therefore appear on December 4, 2023 at 9:00 a.m. in Courtroom 520 of the courthouse located at 300 Quarropas Street, White Plains, New York 10601, unless notified of an earlier trial date.

      Plaintiff's counsel shall promptly notify USMS and/or any other facilities served with the Writ of Habeas Corpus Ad Testificandum that the trial has been adjourned and that Plaintiff should not be produced to the Court for trial on July 11, 2023. Plaintiff's counsel shall file a letter by July 7, 2023 confirming that it has notified appropriate parties concerning the Writ. Counsel shall also advise the Court in that letter of the results of their discussion with Plaintiff concerning the earliest date Plaintiff can be made available for trial.

The Amended Joint Pretrial Order and Joint Order and Stipulation of Undisputed Facts will be separately docketed.

See Transcript.

SO ORDERED:

Dated: White Plains, New York
June 29, 2023

_____
PHILIP M. HALPERN
United States District Judge