UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYHEEM Y. KEESH,

                Plaintiff,

v.

JONATHAN P. FRANCO,

                Defendant.
-----------------------------------------------------------X

**ORDER**

19-CV-08942 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The parties are hereby notified that this case is no longer the backup trial and that this case will proceed to jury selection and trial on **August 14, 2023 at 9:30 a.m.** This case must therefore be trial-ready for that date.

      The parties are directed to immediately notify the Court if they have reached a settlement.

                                                  SO ORDERED.

Dated:  White Plains, New York
           August 4, 2023

                                                  _____
                                                  PHILIP M. HALPERN
                                                  United States District Judge