UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TYHEEM Y. KEESH,

                        Plaintiff,

                                                            **ORDER**

v.

                                                      19-CV-08942 (PMH)

JONATHAN P. FRANCO,

                        Defendant.
-------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:

        The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and the scheduled jury trial and all other conferences are CANCELED.

Dated: White Plains, New York
            August 10, 2023

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge